# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**BENTLEY COOKS,**  CASE NO. 3:21 CV 1368

　　Plaintiff,

　　v.  **JUDGE JAMES R. KNEPP II**

**FORD MOTOR COMPANY,**

　　Defendant.  **JUDGMENT ENTRY**

For the reasons stated in the related Memorandum Opinion and Order issued this same date, the Court ORDERS this case be DISMISSED.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　s/ *James R. Knepp II*
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　　　May 31, 2023